UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MITCHELL A. HARRIS,

    Plaintiff,

v.       Case No. 3:21-cv-353-MMH-MCR

CORIZON OF FLORIDA, LLC, et al.,

    Defendants.

_____

## ORDER

Plaintiff's request to proceed in forma pauperis (Doc. 2) is **DENIED as moot**. Petitioner paid the filing fee on May 21, 2021.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of May, 2021.

                                  MONTE C. RICHARDSON
                               UNITED STATES MAGISTRATE JUDGE

caw 5/24
c:
Mitchell A. Harris, #A50605