UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MITCHELL A. HARRIS,

        Plaintiff,

v.                                                Case No. 3:21-cv-353-MMH-MCR

CORIZON HEALTH, INC.,[1] et al.,

        Defendants.

_____

## ORDER

Defendant Corizon's Motion for Limited Discovery (Doc. 12) is **GRANTED**. Defendant Corizon may conduct early limited discovery as to the Plaintiff's medical and grievance records, classification file, and overall inmate record from the Florida Department of Corrections.

Also before the Court are Plaintiff's Advisories to the Court (Docs. 13, 17, 20) indicating service by regular U.S. Mail through signed "green card receipts" and returned undeliverable mail. Plaintiff is advised that service of process is not complete upon receipt by U.S. Mail. Fed. R. Civ. P. 4(c). As the Court previously advised, Plaintiff may (1) request a person who is at least 18 years old and not a party to the case, such as a process server or the County Sheriff

---

[1] The **Clerk** is directed to correct the name of Defendant "Corizon of Florida, LLC" to "Corizon Health, Inc." See Motion (Doc. 12).

for a fee, to serve the summons and complaint; or (2) request a waiver of service by first-class mail. See Order (Doc. 8). Service is complete upon the filing of the waiver of service. Fed. R. Civ. P. 4(d)(4). If a defendant does not agree to waive service, Plaintiff is responsible for personal service within the time provided, and "expenses later incurred in making service" must be imposed on that defendant. Fed. R. Civ. P. 4(d)(2). Plaintiff is directed to review Federal Rule of Civil Procedure 4(c) and (d), and the Court's Guide for Proceeding Without a Lawyer, a copy of which will be provided with this Order. Notably, waivers of service have been filed by Corizon Health, Inc., Daniel Cherry, Ernesto Perez-Lugo, Mark S. Inch, and Thomas Reimers (Docs. 11, 15, 16, 21, 22).

The **Clerk** shall send to Plaintiff a copy of the docket and the Court's "Guide for Proceeding Without a Lawyer."

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of July, 2021.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 7/9
c:
Mitchell A. Harris, #A50605
Counsel of Record

2