UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL STEVEN RATLEY,

    Plaintiff,

v.                                         Case No: 3:21-cv-00598-MMH-JRK

MARK INCH, MR. PALMER, WARDEN,
HAMILTON ANNEX, ASSISTANT
WARDEN, HAMILTON ANNEX,
SGT. E. BURKETTE, CORIZON
MEDICAL, DR. LESLIE COLUMBANI,
DR. IRA LEE, DR. R. LAUBAUGH, and
DR. J. BRENES-CATINCHI,

    Defendants.
_____/

**DEFENDANT CORIZON HEALTH, INC.'S CERTIFICATE
OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Defendant Corizon Health, Inc.[1] ("Corizon") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations,

---

[1] Plaintiff has named this Defendant as Corizon Medical. The correct name is Corizon Health, Inc.

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

(a) Assistant Warden, Hamilton Annex, Defendant;

(b) Dr. J. Brenes-Catinchi, Defendant;

(c) Sgt. E. Burkette, Defendant;

(d) Dr. Leslie Columbani, Defendant;

(e) Corizon Health, Inc., Defendant, is a Delaware corporation and is a wholly owned subsidiary of Valitas Health Services, Inc. Valitas Health Services, Inc., is a wholly owned subsidiary of Valitas Intermediate Holdings, Inc., which is wholly owned by M2 EquityCo, LLC which is wholly owned by M2 HoldCo, LLC. None of these corporations are publicly held;

(f) Mark S. Inch, Defendant;

(g) Dr. R. Laubaugh, Defendant;

(h) Dr. Ira Lee, Defendant;

(i) Mr. Palmer, Defendant;

(j) Michael Steven Ratley, Plaintiff;

(k) The Toomey Law Firm, 1625 Hendry Street, Suite 203, Fort Myers, FL 33901, Counsel for Defendant Corizon Health, Inc.;

(l) Gregg A. Toomey, Counsel for Defendant Corizon Health, Inc.;

(m) Warden, Hamilton Annex, Defendant;

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None.*

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

*None.*

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*None.*

I hereby certify that, except as disclosed, we are unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the Court in writing within fourteen days after I know of a conflict. I further certify that I have inserted "None" if there are no actual or potential conflicts of interest.

By:   /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 26th day of July, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

 Michael Steven Ratley, #L39737
 Taylor Correctional Institution
 8501 Hampton Springs Road
 Perry, FL 32348
 *Pro Se*

           THE TOOMEY LAW FIRM LLC
           *Attorneys for Defendant Corizon*
           The Old Robb & Stucky Building
           1625 Hendry Street, Suite 203
           Fort Myers, FL 33901
           Phone: 239.337.1630
           Fax: 239-337.0307
           Email: gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

           By:  /s/ Gregg A. Toomey
             Gregg A. Toomey
             Florida Bar No. 159689