# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
# CASE NO.: 3:21-cv-353-MMH-MCR

MITCHELL A. HARRIS,

    Plaintiff,

v.

CORIZON HEALTH, INC., CENTURION OF FLORIDA, LLC, JOHN DOES #1-3, DR. TOLEDO, ERNESTO PEREZ-LUGO, THOMAS REIMERS, ERRON CAMPBELL, DANIEL CHERRY, MARK S. INCH and JULIE JONES,

    Defendants.

_____/

## DEFENDANT CORIZON HEALTH, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Corizon Health, Inc.[1] ("Corizon") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations,

---

[1] The Plaintiff has named this Defendant as Corizon of Florida, LLC. The correct name is Corizon Health, Inc., as is noted correctly herein.

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

(a) Bradley Arant Boult Cummings, LLP, 100 N. Tampa Street, Suite 2200, Tampa, FL 33602, Counsel for Defendants Ernesto Perez-Lugo and Daniel Cherry;

(b) Bradley Arant Boult Cummings, LLP, 1819 5th Avenue North, Birmingham, AL 35203, Counsel for Defendants Ernesto Perez-Lugo and Daniel Cherry;

(c) Erron Campbell, Defendant;

(d) Centurion of Florida, LLC, Defendant;

(e) Daniel Cherry, Defendant;

(f) Corizon Health, Inc., Defendant, is a Delaware corporation and is a wholly owned subsidiary of Valitas Health Services, Inc. Valitas Health Services, Inc., is a wholly owned subsidiary of Valitas Intermediate Holdings, Inc., which is wholly owned by M2 EquityCo, LLC which is wholly owned by M2 HoldCo, LLC. None of these corporations are publicly held.

(g) Jacob B. Hanson, Counsel for Defendants Ernesto Perez-Lugo and Daniel Cherry;

(h) Mitchell A. Harris, Plaintiff;

(i)     Mark S. Inch, Defendant;

(j)     Julie Jones, Defendant;

(k)     Lindsey L. Miller-Hailey, Counsel for Defendants Mark Inch and Thomas Reimers;

(l)     Office of the Attorney General, The Capitol, PL-01, Tallahassee, FL 32399-1050, Counsel for Defendants Mark Inch and Thomas Reimers;

(m)     Ernesto Perez-Lugo, Defendant;

(n)     Thomas Reimers, Defendant;

(o)     Dr. Toledo, Defendant;

(p)     Gregg A. Toomey, Counsel for Defendants Corizon Health, Inc., Ernesto Perez-Lugo and Daniel Cherry;

(q)     The Toomey Law Firm, 1625 Hendry Street, Suite 203, Fort Myers, FL 33901, Counsel for Defendants Corizon Health, Inc., Ernesto Perez-Lugo and Daniel Cherry; and

(r)     Brian A. Wahl, Counsel for Defendants Ernesto Perez-Lugo and Daniel Cherry;

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None.*

The Toomey Law Firm LLC • The Old Robb & Stucky Building, Suite 203 • 1625 Hendry Street • Fort Myers, Florida 33901

3

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

*None.*

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*None.*

I hereby certify that, except as disclosed, we are unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the Court in writing within fourteen days after I know of a conflict. I further certify that I have inserted "None" if there are no actual or potential conflicts of interest.

> By:   /s/ Gregg A. Toomey
> Gregg A. Toomey
> Florida Bar No. 159689

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 27th day of July, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

| | |
|---|---|
| Mitchell A. Harris, #A50605<br>Union Correctional Institution<br>PO Box 1000<br>Raiford, FL 32083<br>*Pro Se* | Jacob B. Hanson<br>Bradley Arant Boult Cummings, LLP<br>*Attorneys for Defendant Perez-Lugo and Cherry*<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602<br>P: 813-559-5500<br>E: jhanson@bradley.com<br>mnewman@bradley.com<br>lallmond@bradley.com |
| Brian A. Wahl<br>Bradley Arant Boult Cummings, LLP<br>*Attorneys for Defendant Perez-Lugo and Cherry*<br>1819 5th Avenue North<br>Birmingham, AL 35203<br>P: 205-521-8800<br>E: bwahl@bradley.com<br>tramsay@bradley.com | Lindsey L. Miller-Hailey<br>Office of the Attorney General<br>*Attorneys for Defendant Inch and Reimers*<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050<br>P: 850-414-3300<br>F: 850-488-4872<br>E: Lindsey.millerhailey@myfloridalegal.com |

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Perez-Lugo and Cherry*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By: ___/s/ Gregg A. Toomey_____
     Gregg A. Toomey
     Florida Bar No. 159689