# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MITCHELL A. HARRIS,

    Plaintiff,

v.                               CASE NO.: 3:21-cv-00353-MMH-MCR

CORIZON OF FLORIDA, LLC,
CENTURION OF FLORIDA, LLC,
JOHN DOES #1-3, DR. TOLEDO,
ERNESTO PEREZ-LUGO, THOMAS
REIMERS, ERRON CAMPBELL,
DANIEL CHERRY, MARK S. INCH,
and JULIE JONES,

    Defendants.
_____/

## SUPPLEMENTAL LOCAL RULE 3.01(G) CERTIFICATION FOR CENTURION DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 3.01(g), Defendants Centurion of Florida, LLC ("Centurion"), Errol Campbell,[1] Daniel Cherry,[2] Ernesto Toledo, and Ernesto Perez-Lugo (collectively, the "Centurion Defendants") file this supplemental certification:

Undersigned counsel spoke with Plaintiff Mitchell Harris via telephone on September 16, 2021, regarding the relief sought in the Centurion Defendants' Motion to Dismiss (ECF No. 54). Mr. Harris opposes all portions of the Motion.

---

[1] Misidentified as Erron Campbell in the Complaint.
[2] Undersigned counsel is jointly representing Drs. Cherry and Perez-Lugo with counsel Gregg Toomey, with Mr. Toomey representing the doctors for the period of time during which they were employed by Corizon, and undersigned counsel representing them for the time they worked pursuant to Centurion's contract with the Florida Department of Corrections.

Respectfully submitted:

*/s/ Jacob Hanson*
Brian A. Wahl (FBN 95777)
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

Jacob B. Hanson (FBN 91453)
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Primary Email: jhanson@bradley.com
Secondary Email: tbush@bradley.com
Secondary Email: tabennett@bradley.com
***Counsel for Defendants, Centurion of Florida, LLC,
Errol Campbell, Daniel Cherry, Ernesto Toledo, and
Ernesto Perez-Lugo***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2021, I electronically filed the foregoing via EM/ECF, which will serve a copy to all counsel of record, and served the same via U.S. Mail, postage prepaid, to:

Mitchell A. Harris, #A50605
Union Correctional Facility
P.O. Box 1000
Raiford, FL 32083
***Pro-se Plaintiff***

*/s/ Jacob Hanson*
***Counsel for Defendants, Centurion of Florida,
LLC, Errol Campbell, Daniel Cherry, Ernesto
Toledo, and Ernesto Perez-Lugo***