UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MITCHELL A. HARRIS,

    Plaintiff,

v.                                      Case No. 3:21-cv-353-MMH-MCR

CORIZON HEALTH, INC., et al.,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff's Motion for Leave of Court to File First Amended Complaint (Doc. 50), which was opposed only by Defendants Centurion of Florida, LLC, Campbell, Cherry, Perez-Lugo, and Toledo (Doc. 56).[1] No other opposition was filed and the time for doing so has expired.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Leave of Court to File First Amended Complaint (Doc. 50) is **GRANTED**. The **Clerk** is directed to file the First Amended Complaint (Doc. 50-1) as of the date of this Order and update the docket accordingly.

---

[1] The Court expresses no opinion at this time as to the issue of exhaustion.

2. Defendants' Motions to Dismiss (Docs. 41, 42, 54) are **DENIED as moot**. The remaining Defendants shall respond to the First Amended Complaint by **October 25, 2021**.

3. Plaintiff's Motions for Extension of Time (Doc. 47, 48) are **DENIED as moot**.

4. Plaintiff's Motion for Court to Enter Documents into Case Record (Doc. 51) is **GRANTED to the extent** that the **Clerk** is directed to file the executed Return of Service (Doc. 51-1).

5. Plaintiff's Motion to Clerk of Court (Doc. 52), regarding service of process for Defendant Jones, is **DENIED as moot**.

6. Plaintiff's Motion for Copy of Summons (Doc. 53) is **DENIED as moot**. Centurion of Florida, LLC filed a Waiver of the Service of Summons on August 27, 2021 (Doc. 45).

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of September, 2021.

MARCIA MORALES HOWARD
United States District Judge

caw 9/21
c:
Mitchell A. Harris, #A50605
Counsel of Record