UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MITCHELL A. HARRIS,

    Plaintiff,

v.    Case No. 3:21-cv-353-MMH-MCR

THE FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____

## **ORDER**

Plaintiff's unopposed Motions for Extension of Time (Docs. 71, 72, 73, 74, 75) are **GRANTED to the extent** that Plaintiff shall file responses to Defendants' Motions to Dismiss (Docs. 68, 69, 70) by **February 7, 2022**.

The parties are reminded that the moving party must "confer with the opposing party in a good faith effort to resolve the motion," and file a certification to the effect that such a conference has been made and advising the Court whether the parties agree on the relief requested. Local Rule 3.01(g). Plaintiff's status as a prisoner does not alleviate either party's duty to comply with the conferral rule. Future filings that do not comply may be stricken.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of November, 2021.

                                        MONTE C. RICHARDSON
                                  UNITED STATES MAGISTRATE JUDGE

caw 11/19
c:
Mitchell A. Harris, #A50605
Counsel of Record